CLOSED

**FILED**
JUN 2 3 2005
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VICTOR B. PERKINS,

       Plaintiff,

vs.

DENNIS ROY,
U.S. Probation Officer,

       Defendant.
_____/

CASE NO. 04-CV-75095-DT
HON. LAWRENCE P. ZATKOFF

## JUDGMENT

IT IS ORDERED AND ADJUDGED that pursuant to this Court's Opinion and Order dated __JUN 23 2005__, 2005, this cause of action is DISMISSED WITH PREJUDICE.

Dated at Port Huron, Michigan, this 23rd day of June, 2005.

DAVID J. WEAVER
CLERK OF THE COURT

BY: _Mary Verlinde_

APPROVED:

_/s/ Lawrence P. Zatkoff_
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

S:\Zatkoff\Jim Carroll\Judgment\perkins.wpd